| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | Maria de los Angeles Castro Carmona | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | District of Puerto Rico | |
| Case number | 24-00917 | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Sun West Mortgage Company

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1 6 0 0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 07/31/2024 | (3) | $ 150.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 04/11/2024 | (5) | $ 950.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Title Search | 03/27/2024 | (11) | $ 62.40 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.   $1,162.40
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2         Notice of Postpetition Mortgage Fees, Expenses, and Charges         page 1

| Debtor 1 | Maria de los Angeles Castro Carmona | Case number (if known) 24-00917 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Juan Carlos Fortuño-Fas
Signature

Date 07/31/2024

Print: Juan Carlos Fortuño-Fas
First Name  Middle Name  Last Name

Title: Counsel for Creditor

Company: Fortuño & Fortuño Fas, CSP

Address: P.O. Box 3908
Number  Street
Guaynabo  PR  00970
City  State  ZIP Code

Contact phone: 787-751-5290

Email: bkfilings@fortuno-law.com

```
                         **ESC PAYMENT**                    ******************* T A X E S   A C C R U A L *********************
*** C O N T R O L ***    EFF.    ESC PAY   *** B A L A N C E S ***   TR     PAYEE     DUE       PAYMENT   ****T A X  I D  N O.****  EXP IR  FQ
Account            0016  04X22      58.03  Principal    120,681.26   34N    90068    07-19         1.00   22701459722000                    12 TREASURY DEPARTMENT
Inv-Grp     332 50S                        YTD Int        1,097.14   34N    90068    01-19         1.00   22701459722000                    12 TREASURY DEPARTMENT
I/R         3.62500      Pending            Escrow         630.91-   ********** H A Z A R D  I N S U R A N C E  A C C R U A L *********
S/R          .62500      02-23      57.27  Suspense         60.00   TR    PAYEE  DUE DATE   PREMIUM   POLICY NO.         AGENT   COVER FQ
Inv No.  232346904                         Late Chg        222.60   61    612111 11-30-24    247.00  408713              612111    939 12 UNITED SURETY & INDEMNITY COMPAN
TIN 1    XXXXXXX4932    ***F L A G S***    Loss Draft         .00   ****************** M I P  A C C R U A L ***********************
                         EFT      Fore     Sub Susp           .00   TR    PAYEE   DUE     PREMIUM   MIP NO.          ANN  EXPIR   FIN PREM  FQ
Pool CN0267   05-01-22   PIF      Freq 1   Homown Sus        .00    74    41001  12-24    431.74   63049955374868    12-19 03-52  1,333.33  12 USDA RURAL DEVELOPMENT
*** P A Y M E N T ***    Ins      Late     Defer. Bal        .00
Pd-To Date   10-01-22    Prep     Coup O   Assmt Bal         .00
P & I          556.42    Rem      HUD      Points Pd    1,841.33
Esc Paymt       58.03    Stat     Bkru B   Corp Adv     3,812.40-
Insur                    MM02              Escrow 2          .00
  Total        614.45                      Escrow 3          .00
                                           Defer. Prn  14,126.67
*** ORIGINAL DATA ***                      Defer. Pay        .00
Orig Bal     133,333.00
Escrow Bal                                                **Telephone No's**
Mtg Date     11-30-18                                     B1  C 787-596-6913
1st Paymt    04-22                                        BST C 312-375-9921
Mtg Term        360      ************* EFT PROCESSING ************   ATP A 787-744-7699
Maturity     03-52       Electronic Transfer     NO
Apr Value    133,000.00  Routing & Transit No.   000000000           ******** NAME & ADDRESS *********
*** MISCELLANEOUS ***    Bank Account No.
Loan Type  17-UFF 000    Checking or Savings                         CASTRO CARMONA, MARIA DE LOS ANGE
L/C Code         14      Prenotification Date   00-00-00             F-3 9 ST. VILLAS DE LA CENTRAL V
F/M Date    07-02-24     Start Date             00-00-00             JUNCOS                PR 00777
Cen Tract                Settlement Day         00                   ******** MAILING ADDRESS ********
Yield Diff               Additional Principal          .00           VILLAS CENTRAL VICTORIA
Int on Esc               Additional Escrow             .00           JUNCOS                PR 00777
```

```
* * * * * * * * * * * * * * * * * * * * * * * * P A Y M E N T   H I S T O R Y * * * * * * * * * * * * * * * * * * * * * * * * *
  DATE      DATE    PD-TO               PRINCIPAL   PRINCIPAL   INTEREST   ESCROW      ESCROW    LATE/  INSUR/   ***MISC***     TOTAL
 APPLIED  RECEIVED  DATE  TR  DESCRIPT.  APPLIED     BALANCE    APPLIED   APPLIED     BALANCE   PAYEE CK NO.    APPLIED TR     PAYMENT
 04-27-22 04-27-22  04-22 08  Except Pay  187.85    121,820.35   368.57     58.03      348.18                                   614.45
 05-19-22 05-19-22  04-22 28X Assessed LC           121,820.35                          348.18    22.26-                         22.26-
 05-23-22 05-23-22  05-22 08Z Except Pay  188.42    121,631.93   368.00     58.03      406.21    22.26                          636.71
 05-25-22 05-25-22  05-22 27F Sale                  121,631.93              406.21-                                             406.21-
 05-25-22 05-25-22  05-22 27T Sale                  121,631.93              406.21     406.21                                   406.21
 06-17-22 06-17-22  05-22 28X Assessed LC           121,631.93                          406.21    22.26-                         22.26-
 07-18-22 07-18-22  05-22 28X Assessed LC           121,631.93                          406.21    22.26-                         22.26-
 08-17-22 08-17-22  05-22 28X Assessed LC           121,631.93                          406.21    22.26-                         22.26-
 08-17-22 08-17-22  00-00 88E INSPECTION            121,631.93                          406.21   681973          20.00-88         20.00-
 09-17-22 09-17-22  05-22 28X Assessed LC           121,631.93                          406.21    22.26-                         22.26-
 09-23-22 09-23-22  00-00 88E INSPECTION            121,631.93                          406.21   681973          20.00-88         20.00-
 09-26-22 09-26-22  00-00 88E INSPECTION            121,631.93                          406.21   679803          20.00-88         20.00-
 10-28-22 10-28-22  00-00 88E INSPECTION            121,631.93                          406.21   679803          20.00-88         20.00-
 11-01-22 10-31-22  05-22 16  REG SUS                121,631.93                         406.21                   636.00 16        636.00
 11-01-22 10-31-22  05-22 16  REG SUS                121,631.93                         406.21                   614.45-16        614.45-
 11-01-22 10-31-22  06-22 08  Except Pay  188.99    121,442.94   367.43     58.03      464.24                                   614.45
 12-01-22 11-30-22  06-22 16  REG SUS                121,442.94                         464.24                   636.00 16        636.00
 12-01-22 11-30-22  06-22 16  REG SUS                121,442.94                         464.24                   614.45-16        614.45-
 12-01-22 11-30-22  07-22 08  Except Pay  189.56    121,253.38   366.86     58.03      522.27                                   614.45
 12-01-22 12-01-22  11-22 61  Haz Insur             121,253.38              247.00-     275.27   612111                         247.00-
 12-02-22 12-02-22  00-00 88E INSPECTION            121,253.38                          275.27   679803          20.00-88         20.00-
```

```
* * * * * * * * * * * * * * * * * * * * * * * * *  P A Y M E N T     H I S T O R Y  * * * * * * * * * * * * * * * * * * * * * * * * *
```

| DATE APPLIED | DATE RECEIVED | PD-TO DATE | TR | DESCRIPT. | PRINCIPAL APPLIED | PRINCIPAL BALANCE | INTEREST APPLIED | ESCROW APPLIED | ESCROW BALANCE | LATE/ INSUR/ PAYEE CK NO. | ***MISC*** APPLIED TR | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-06-22 | 12-06-22 | 12-22 | 74 | PMI Insur | | 121,253.38 | | 440.22- | 164.95- | 41001 | | 440.22- |
| 12-21-22 | 12-21-22 | 07-22 | 28X | Assessed LC | | 121,253.38 | | | 164.95- | 22.26- | | 22.26- |
| 12-30-22 | 12-30-22 | 00-00 | 88 | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 01-17-23 | 01-17-23 | 07-22 | 28X | Assessed LC | | 121,253.38 | | | 164.95- | 22.26- | | 22.26- |
| 01-20-23 | 01-20-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 02-17-23 | 02-17-23 | 07-22 | 28X | Assessed LC | | 121,253.38 | | | 164.95- | 22.26- | | 22.26- |
| 02-24-23 | 02-24-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 03-17-23 | 03-17-23 | 07-22 | 28X | Assessed LC | | 121,253.38 | | | 164.95- | 22.26- | | 22.26- |
| 03-24-23 | 03-24-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 04-17-23 | 04-17-23 | 07-22 | 28X | Assessed LC | | 121,253.38 | | | 164.95- | 22.26- | | 22.26- |
| 04-21-23 | 04-21-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 05-17-23 | 05-17-23 | 07-22 | 28X | Assessed LC | | 121,253.38 | | | 164.95- | 22.26- | | 22.26- |
| 05-23-23 | 05-23-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 06-28-23 | 06-28-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 07-27-23 | 07-27-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 08-24-23 | 08-24-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 09-12-23 | 09-12-23 | 00-00 | 88E | ATTORNY FEE | | 121,253.38 | | | 164.95- | 686457 448902 | 1481.70-88 | 1,481.70- |
| 09-12-23 | 09-12-23 | 07-22 | 26X | WAIVE FEE | | 121,253.38 | | | 164.95- | | 11.70 26 | 11.70 |
| 09-28-23 | 09-28-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 10-27-23 | 10-27-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 164.95- | 679803 | 20.00-88 | 20.00- |
| 11-01-23 | 11-01-23 | 11-23 | 61E | Haz Insur | | 121,253.38 | | 247.00- | 411.95- | 612111 | | 247.00- |
| 11-20-23 | 11-20-23 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 411.95- | 679803 | 20.00-88 | 20.00- |
| 12-08-23 | 12-08-23 | 12-23 | 74E | PMI Insur | | 121,253.38 | | 431.74- | 843.69- | 41001 | | 431.74- |
| 01-25-24 | 01-25-24 | 00-00 | 88E | ATTORNY FEE | | 121,253.38 | | | 843.69- | 686457 453772 | 113.60-88 | 113.60- |
| 01-25-24 | 01-25-24 | 07-22 | 26X | WAIVE FEE | | 121,253.38 | | | 843.69- | | 13.60 26 | 13.60 |
| 01-26-24 | 01-26-24 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 843.69- | 679803 | 20.00-88 | 20.00- |
| 02-20-24 | 02-20-24 | 00-00 | 88E | INSPECTION | | 121,253.38 | | | 843.69- | 679803 | 20.00-88 | 20.00- |
| 03-19-24 | 03-19-24 | 07-22 | 01X | Adjustment | | 121,253.38 | | | 843.69- | | 14126.67 2Z | 14,126.67 |
| 03-19-24 | 03-19-24 | 07-22 | 01X | Adjustment | | 121,253.38 | | | 843.69- | | 14126.67-2Z | 14,126.67- |
| 03-22-24 | 03-22-24 | 00-00 | 88R | ATTORNY FEE | | 121,253.38 | | | 843.69- | 686457 455589 | 882.40-88 | 882.40- |
| 03-22-24 | 03-22-24 | 07-22 | 26X | WAIVE FEE | | 121,253.38 | | | 843.69- | | 2.40 26 | 2.40 |
| 03-28-24 | 03-28-24 | 00-00 | 88R | VOID | | 121,253.38 | | | 843.69- | 686457 455589 | 30.00 88 | 30.00 |
| 03-28-24 | 03-28-24 | 00-00 | 88O | ATTORNY FEE | | 121,253.38 | | | 843.69- | 686457 455589 | 30.00-88 | 30.00- |
| 04-11-24 | 04-10-24 | 07-22 | 16 | REG SUS | | 121,253.38 | | | 843.69- | | 612.98 16 | 612.98 |
| 04-12-24 | 04-10-24 | 07-22 | 16 | REG SUS | | 121,253.38 | | | 843.69- | | 612.98-16 | 612.98- |
| 04-12-24 | 04-10-24 | 08-22 | 08O | Except Pay | 190.13 | 121,063.25 | 366.29 | 56.56 | 787.13- | | | 612.98 |
| 04-12-24 | 04-12-24 | 08-22 | 16 | REG SUS | | 121,063.25 | | | 787.13- | | 43.10-16 | 43.10- |
| 04-12-24 | 04-12-24 | 08-22 | 13 | ESCROW ONLY | | 121,063.25 | | 43.10 | 744.03- | | | 43.10 |
| 05-16-24 | 05-15-24 | 08-22 | 16 | REG SUS | | 121,063.25 | | | 744.03- | | 642.98 16 | 642.98 |
| 05-17-24 | 05-15-24 | 08-22 | 16 | REG SUS | | 121,063.25 | | | 744.03- | | 612.98-16 | 612.98- |
| 05-17-24 | 05-15-24 | 09-22 | 08O | Except Pay | 190.71 | 120,872.54 | 365.71 | 56.56 | 687.47- | | | 612.98 |
| 05-21-24 | 05-21-24 | 09-22 | 26X | WAIVE FEE | | 120,872.54 | | | 687.47- | | 30.00 26 | 30.00 |
| 05-21-24 | 05-21-24 | 09-22 | 26 | CORP FUNDS | | 120,872.54 | | | 687.47- | | 30.00-26 | 30.00- |
| 05-21-24 | 05-21-24 | 09-22 | 26O | CORP FUNDS | | 120,872.54 | | | 687.47- | | 30.00 26 | 30.00 |
| 06-20-24 | 06-20-24 | 00-00 | 88O | ATTORNY FEE | | 120,872.54 | | | 687.47- | 686457 458931 | 1012.40-88 | 1,012.40- |
| 06-20-24 | 06-20-24 | 00-00 | 88R | ATTORNY FEE | | 120,872.54 | | | 687.47- | 686457 458932 | 2.50-88 | 2.50- |
| 06-20-24 | 06-20-24 | 09-22 | 26X | WAIVE FEE | | 120,872.54 | | | 687.47- | | 2.50 26 | 2.50 |
| 07-01-24 | 07-01-24 | 09-22 | 16 | REG SUS | | 120,872.54 | | | 687.47- | | 642.98 16 | 642.98 |
| 07-02-24 | 07-01-24 | 09-22 | 16 | REG SUS | | 120,872.54 | | | 687.47- | | 612.98-16 | 612.98- |
| 07-02-24 | 07-01-24 | 10-22 | 08O | Except Pay | 191.28 | 120,681.26 | 365.14 | 56.56 | 630.91- | | | 612.98 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 24-00917 (MCF) |
|---|---|
| MARIA DE LOS ANGELES CASTRO CARMONA | CHAPTER 13 |
| DEBTOR | |

CERTIFICATE OF SERVICE

      I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose R. Carrion Morales (claims@ch13-pr.com), and debtor's attorney Roberto Figueroa Carrasquillo (rfc@rfigueroalaw.com). I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Debtor, Maria de los Angeles Castro Carmona, at Villas de la Central Victoria, 21 Escarpia Street, Juncos, PR 00777.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: bkfilings@fortuno-law.com